No. 11. STANDARD PIPE LINE COMPANY, INC., ET AL. *v.* COMMISSIONERS OF INDEX SULPHUR DRAINAGE DISTRICT.

Argued October 8, 9, 1928. Decided October 15, 1928. *Per Curiam:* The writ of certiorari is dismissed for the reason that the decree of the state court sought here to be reviewed was based on a nonfederal ground adequate to support it. *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Messrs. William H.*

*Arnold* and *David C. Arnold* for petitioners. *Mr. Henry Moore, Jr.,* for respondents.